John Harrison, appellee, v. Julia P. Herrington, appellant. Gen. No. 6,936.

Action for commission for the sale of real estate. Judgment for plaintiff. Appeal from the Circuit Court of McHenry county; the Hon. C. H. Donnelly, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed November 2, 1921.

E. H. Waite and V. S. Lumley, for appellant. Joslyn & Joslyn, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

A. L. Freed, appellee, v. Sinclair Refining Company, appellant. Gen. No. 6,955.

Action for damages for injuries to monuments located upon plaintiff's property when defendant's truck skidded and ran into them. Judgment for plaintiff. Appeal from the City Court of Kewanee; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

Thomas J. Welch, for appellant. James H. Andrews, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

David Lapsley, appellant, v. George Chatfield, appellee. Gen. No. 6,962.

Bill for partnership accounting. Decree for complainant. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. DeSelm, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921. Certiorari denied by Supreme Court (making opinion final).

Varnum A. Parish, for appellant; W. R. Hunter, of counsel. E. P. Harney, for appellee.

Mr. Justice Partlow delivered the opinion of the court.